Bobbi K. Dominick
**ELAM & BURKE, P.A.**
Key Financial Center, 10th Floor
702 W. Idaho Street
P.O. Box 1539
Boise, Idaho  83701
Tele:  (208) 343-5454
BKD ISB - #2895

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| CHRISTOPHER T. BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.CIV 99-0553-S-MHW |
| | ) | |
| vs. | ) | |
| | ) | STIPULATION FOR DISMISSAL WITH |
| CITY OF BOISE, LARRY PAULSON, JIM | ) | PREJUDICE |
| MAXSON, MIKE WEBB, GARY | ) | |
| COMPTON, WILLIAM L. M. NARY and | ) | |
| SUSAN LYNN MIMURA, each individually | ) | |
| and in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COME NOW, The above-named Plaintiff, CHRISTOPHER T. BERRY and Defendants

CITY OF BOISE, LARRY PAULSON, JIM MAXSON, MIKE WEBB, GARY COMPTON,

WILLIAM L. M. NARY and SUSAN LYNN MIMURA, by and through their respective

attorneys of record, and hereby stipulate and agree that Plaintiff's causes of action against said

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

Defendants shall be dismissed with prejudice and without assessment of costs or attorneys fees on the grounds that said causes of action have been fully compromised and settled.

DATED this ___29___ day of November 1999.

ELAM & BURKE, P.A.

BY: ___Bobbi K Donn___

Bobbi K. Dominick, Of the Firm
Attorneys for Defendants

DATED this ___29___ day of November, 1999.

_____
Brian Donesley
Attorney for the Plaintiff

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2