Bobbi K. Dominick
**ELAM & BURKE, P.A.**
Key Financial Center, 10th Floor
702 W. Idaho Street
P.O. Box 1539
Boise, Idaho 83701
Tele: (208) 343-5454
BKD ISB - #2895

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTOPHER T. BERRY, ) | |
| ) | |
| Plaintiff, ) | Case No.CIV 99-0553-S-MHW |
| ) | |
| vs. ) | |
| ) | STIPULATION TO SEAL COURT |
| CITY OF BOISE, LARRY PAULSON, JIM ) | RECORDS |
| MAXSON, MIKE WEBB, GARY ) | |
| COMPTON, WILLIAM L. M. NARY and ) | |
| SUSAN LYNN MIMURA, each individually ) | |
| and in their official capacities, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COME NOW the parties to this litigation and stipulate that the record may be sealed by the court pursuant to Idaho Code section 9-340D(11). The parties note that the matter has been resolved by mutual agreement, and a portion of that agreement concerned the confidentiality of the matters expressed in the court record.

STIPULATION TO SEAL COURT RECORDS - 1

DATED this __29__ day of November 1999.

                                        ELAM & BURKE, P.A.

                BY: _____
                                      Bobbi K. Dominick, Of the Firm
                                      Attorneys for Defendants

DATED this __29__ day of November, 1999.

                                      _____
                                      Brian Donesley
                                      Attorney for the Plaintiff