CLERK
U.S. COURTS
DISTRICT OF IDAHO

JEC - 7 1999

9:23 A.M. REC'D
_____ FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTOPHER T. BERRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF BOISE, LARRY PAULSON, ) <br> JIM MAXSON, MIKE WEBB, GARY ) <br> COMPTON, WILLIAM L. M. NARY and ) <br> SUSAN LYNN MIMURA, each ) <br> individually and in their official capacities, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV 99-0553-S-MHW <br><br> **ORDER DENYING STIPULATION TO SEAL COURT RECORDS** |

This matter is currently before the Court on the parties' Stipulation to Seal Court Records (Docket #3), filed December 2, 1999. The Court has reviewed the parties' stipulation and has determined that there is no need to seal the court records in this case since the Complaint on file herein was filed on November 12, 1999, and has been of public record since that date. Therefore, IT IS HEREBY ORDERED that the parties' Stipulation to Seal Court Records (Docket #3) is DENIED.

DATED: December 6, 1999.

MIKEL H. WILLIAMS
CHIEF UNITED STATES MAGISTRATE JUDGE

Order - page 1

## MAILING CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 7th day of December, 1999, to the following:

BOBBI K. DOMINICK
ELAM & BURKE, P.A.
KEY FINANCIAL CENTER, 10TH FLOOR
702 W. IDAHO STREET
P.O. BOX 1539
BOISE, IDAHO 83701

BRIAN DONESLEY
ATTORNEY AT LAW
604 NORTH 16TH STREET
P.O. BOX 419
BOISE, IDAHO 83701-0419

Cameron S. Burke, Clerk
United States District Court

_____
by Deputy Clerk

Order - page 2