Bobbi K. Dominick
**ELAM & BURKE, P.A.**
Key Financial Center, 10th Floor
702 W. Idaho Street
P.O. Box 1539
Boise, Idaho 83701
Tele: (208) 343-5454
BKD ISB - #2895

CLERK
U.S. COURTS
DISTRICT OF IDAHO

JEC - 7 1999

9:25 AM RECD
FILED

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTOPHER T. BERRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF BOISE, LARRY PAULSON, JIM ) <br> MAXSON, MIKE WEBB, GARY ) <br> COMPTON, WILLIAM L. M. NARY and ) <br> SUSAN LYNN MIMURA, each individually ) <br> and in their official capacities, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.CIV 99-0553-S-MHW <br><br> ORDER FOR DISMISSAL WITH PREJUDICE |

Based on the Stipulation for Dismissal With Prejudice (dkt #2) and good cause appearing therefore;

ORDER FOR DISMISSAL WITH PREJUDICE - 1

IT IS HEREBY ORDERED AND THIS DOES ORDER that Plaintiff's causes of action against said Defendants shall be dismissed with prejudice and without assessment of costs or attorneys fees on the grounds that said causes of action have been fully compromised and settled.

IT IS SO ORDERED this ____6____ day of December, 1999.

_____
Mikel H. Williams, Chief Magistrate Judge

ORDER FOR DISMISSAL WITH PREJUDICE - 2

## **MAILING CERTIFICATE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 7th day of December, 1999, to the following:

BOBBI K. DOMINICK
ELAM & BURKE, P.A.
KEY FINANCIAL CENTER, 10TH FLOOR
702 W. IDAHO STREET
P.O. BOX 1539
BOISE, IDAHO 83701


BRIAN DONESLEY
ATTORNEY AT LAW
604 NORTH 16TH STREET
P.O. BOX 419
BOISE, IDAHO 83701-0419

                                      Cameron S. Burke, Clerk
                                      United States District Court

                                      by Deputy Clerk

Order - page 2